UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JERRY JUNE CLABORN,

    Petitioner,

v.

GARY SWARTHOUT, Warden,

    Respondent.

No. C 11-3466 PJH (PR)

**ORDER OF TRANSFER**

    This is a habeas case filed pro se by a state prisoner. He seeks review of a denial of parole by the Board of Parole Hearings. He was convicted in the Superior Court of Los Angeles County, which is in the venue of the United States District Court for the Southern District of California, and is housed at California State Prison-Solano, which is in the Eastern District.

    Venue is proper in a habeas action only in the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), so venue is not proper here. The district of confinement is the preferable forum to review the execution of a sentence. Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner's challenge goes to the execution of his sentence, this petition is transferred to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: August 5, 2011.

                          PHYLLIS J. HAMILTON
                          United States District Judge

G:\PRO-SE\PJH\HC.11\CLABORN3466.TRN.wpd